UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONNA MARIE ROYAL,

        Defendant.

**INDICTMENT**

The Grand Jury charges:

(Interstate Communication with Threat to Injure)

On or about September 22, 2021, in the Southern Division of the Western District of Michigan, and elsewhere,

DONNA MARIE ROYAL

knowingly and willfully transmitted in interstate commerce a verbal communication over the telephone containing a threat to injure the person of another. Specifically, ROYAL placed a call on a cellular telephone to the Kalamazoo, Michigan office of U.S. Congressman Fred Upton and left a voicemail message that included the following threat: "I'm going to warn you one more time to leave Enedine Vigil alone or you will be put away and murdered. . . . And leave her the fuck alone or you will be shot in the fucking head."

18 U.S.C. § 875(c)

        A TRUE BILL

        _____
        GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney