UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DONNA MARIE ROYAL,

    Defendant.

                                                           MOTION TO SEAL

_____/

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Clay M. West, Assistant United States Attorney, and moves this court to seal the Indictment in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.  The government asks that the U.S. Probation Department be excepted from the seal.

                                                        Respectfully submitted,

                                                        ANDREW BYERLY BIRGE
                                                        United States Attorney

Dated:  9/28/2021

                                                        _____
                                                        CLAY M. WEST
                                                       Assistant United States Attorney
                                                       P.O. Box 208
                                                       Grand Rapids, MI   49501-0208
                                                       (616) 456-2404

IT IS SO ORDERED.

Dated:   September 28, 2021

/s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge
United States District Court