UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                           INDICTMENT
                                             **PENALTY SHEET**

DONNA MARIE ROYAL,

      Defendant.
_____/

**CHARGE – INTERSTATE COMMUNICATION WITH THREAT TO INJURE (18 U.S.C. § 875(c))**

**Penalty:**  Not more than 5 years' imprisonment and/or a $250,000 fine. [18 U.S.C. § 875(c)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100


Date:  September 28, 2021                          /s/ Clay M. West
                                                             Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046