UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA MARIE ROYAL,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:21-cr-00179

**ORDER**

    Defendant Donna Marie Royal, through counsel, has moved for a court order requiring Defendant to submit to a psychological evaluation pursuant to 18 U.S.C. §§ 4241 and 4242 for the purpose of determining competency to stand trial and criminal responsibility at the time of the offense.  The motion for evaluation is not opposed by the government.

    IT IS HEREBY ORDERED that Defendant Donna Marie Royal's Motion for Psychological Evaluation is GRANTED. As soon as the Bureau of Prisons has designated an appropriate facility, Defendant may self-surrender to the custody of the Attorney General for a period not to exceed 30 days for placement in that facility for evaluation by a qualified examiner within the meaning of 18 U.S.C. §§ 4241, 4242, and 4247.[1]  As soon as the Bureau of Prisons has designated an appropriate facility, Defendant must report to a place designated by the U.S. Marshal and, if necessary, will be ordered transported by the U.S. Marshal to the place of examination or hospitalization.

---

[1] At her bond hearing on September 30, 2021, Defendant indicated that she would prefer to be evaluated by a qualified examiner outside the Bureau of Prisons. However, as of the date of this order, she has not provided the name and qualifications of an outside examiner.

IT IS FURTHER ORDERED that the evaluation shall include extensive objective testing, and it shall evaluate whether Defendant is competent to stand trial, whether Defendant was legally insane at the time of the offense, and whether Defendant's mental condition might be improved through mental health treatment, including prescription medication.

IT IS FURTHER ORDERED that the report shall be submitted to the Court and will be filed with access restricted to the Court and the parties.

IT IS FURTHER ORDERED that, upon return of the report, a competency/sanity hearing shall be promptly scheduled by the Court's case manager.

IT IS FURTHER ORDERED that the professional preparing the evaluation shall make him/herself available for testimony at the competency/sanity hearing.

FINALLY, IT IS ORDERED that Pretrial Services is authorized to release any bond report(s) regarding Defendant to the Federal Bureau of Prisons.

Dated: October 5, 2021   /s/ Sally J. Berens  
SALLY J. BERENS  
U.S. Magistrate Judge