UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA MARIE ROYAL,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:21-cr-00179

**ORDER**

The Court has received a request from Dr. Candyce Shiels, Ph.D., for an extension of time until November 22, 2021, to complete and submit the psychiatric/psychological reports of defendant ordered previously in this matter. The Court finds good cause for the requested extension. As such:

IT IS HEREBY ORDERED that Dr. Candyce Shields, Ph.D., may have the requested additional time, and the psychiatric/psychological reports of defendant Donna Marie Royal shall be completed and submitted by November 22, 2021.

Dated: November 3, 2021

  /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge