UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,        Case No. 1:21–cr–179

v.             Hon. Janet T. Neff

DONNA MARIE ROYAL,

  Defendant.
_____/

## ORDER FOR RESTRICTED ACCESS TO FORENSIC REPORT
### and
## SETTING COMPETENCY HEARING

  This court has received a forensic report dated November 15, 2021 regarding the defendant's competency to stand trial and criminal responsibility at the time of the offense, which was ordered pursuant to 18 U.S.C. §§ 4241 and 4242.  It is common federal practice to restrict access to such reports to protect the privacy of the mental health information.  *See, e.g., United States v. Weston*, 194 F.3d 145, 146 (D.C. Cir. 1999); *United States v. Shlater*, 85 F.3d 1251, 1254 (7th Cir. 1996).   Accordingly:

  IT IS ORDERED that a Competency Hearing is scheduled for November 30, 2021 at 03:00 PM before Magistrate Judge Sally J. Berens, 650 Federal Building, Grand Rapids, MI.

  IT IS FURTHER ORDERED that the Clerk shall docket said report for use in this matter under restricted access, allowing counsel of record and the United States Probation Office access to the report, and shall restrict the report from public inspection.

Dated:  November 19, 2021        /s/ Sally J. Berens
                  SALLY J. BERENS
                  U.S. Magistrate Judge