## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Donna Marie Royal | | Mag. Judge: | Sally J. Berens |
|---|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00179-JTN | 11/30/2021 | 3:09 PM - 3:47 PM | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Clay M. West | Defendant:<br>Joanna Christine Kloet | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary    (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other:  Competency Hearing

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Order re Competency and Treatment

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
   __ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Government's oral motion under 4241(d) to restore competency and to combine with BOP evaluation on insanity or mental responsibility at time of offense granted.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:    __ Yes    __ No
Defendant informed of right to appeal:    __ Yes    __ No
Counsel informed of obligation to file appeal:  __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:**    Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Competency |
| **Reporter/Recorder:**    Digitally Recorded | **Courtroom Deputy:**    J. Norton |